# UNITED STATES DISTRICT COURT

_____ DISTRICT OF WYOMING _____

           COURT
           WYOMING

           2010

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Harris, Clerk |
| V. | **CRIMINAL COMPLAINT** |
| **JAIME CABRERA-GONZALEZ**<br>aka "Pelon" and "Borego" | Case No. 10MJ245B |

I, Ely Hebert, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT ONE

From on or about August 1, 2009 through November 30, 2010, in the District of Wyoming and elsewhere, the Defendant, **JAIME CABRERA-GONZALEZ aka "Pelon" and "Borego,"** did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with other persons known and unknown, to possess with intent to distribute, and to distribute, 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B).

*(Complaint Continued - Attachment A)*

I further state that I am a Drug Enforcement Administration Special Agent and that this Complaint is based on the following facts:

Your Complainant is employed as a Special Agent with the United States Drug Enforcement Administration, and at all times mentioned herein was acting in that official capacity.

*(Affidavit Continued)*

Continued on the attached sheet and made a part hereof:   **XX** Yes      No

_____
Signature of Complainant
**Ely Hebert**

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| **November 29, 2010** | at | **Casper, Wyoming** |
| Date | | City and State |
| **R. Michael Shickich**<br>**U.S. Magistrate Judge** | | _____ |
| Name & Title of Judicial Officer | | Signature of Judicial Officer |

## COMPLAINT - Attachment A

### (Jaime Cabrera-Gonzalez aka "Pelon" and "Borego")

### COUNT TWO

From on or about August 1, 2009 through November 30, 2010, in the District of Wyoming and elsewhere, the Defendant, **JAIME CABRERA-GONZALEZ aka "Pelon" and "Borego,"** did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with other persons known and unknown, to possess with intent to distribute, and to distribute, cocaine.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## SPECIAL AGENT ELY HEBERT

### U.S. vs. Jaime Cabrera-Gonzalez aka "Pelon" and "Borego"

1. As a result of your Complainant's participation in and consultation with other law enforcement personnel in the investigation of matters referred to in this affidavit, your Complainant is familiar with the facts and circumstances of this investigation.

2. On August 12, 2009, Wyoming Division of Criminal Investigations (DCI) agents conducted a controlled purchase of cocaine from **JAIME CABRERA-GONZALEZ aka "Pelon" and "Borego" (CABRERA)** in Gillette, Wyoming. During the purchase, law enforcement acquired approximately one ounce (28 grams) of cocaine from **CABRERA** for $1,400 in Gillette, Wyoming.

3. On August 28, 2009, DCI conducted a controlled purchase of methamphetamine from **CABRERA** in Gillette, Wyoming. During the purchase, law enforcement acquired approximately one-half ounce of methamphetamine from **CABRERA** for $1,500. During this purchase, **CABRERA** quoted a price for one-quarter kilogram of cocaine at $6,500.

4. Based on the foregoing, your Affiant believes that there is probable cause to believe that **JAIME CABRERA-GONZALEZ aka "Pelon" and "Borego"** has committed violations of federal law on or between August 1, 2009 through November 30, 2010, to wit: conspiracy to possess with intent to distribute, and to distribute, methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B), and conspiracy to possess with intent to distribute, and to distribute, cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C).

**FURTHER YOUR AFFIANT SAYETH NOT.**

_____
Ely Hebert, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 29th day of November, 2010.

_____
R. Michael Shickich
United States Magistrate Judge

# PENALTY SUMMARY

**DATE:** November 29, 2010

**DEFENDANT NAME:** JAIME CABRERA-GONZALEZ
aka "Pelon" and "Borego"

**VICTIM:** NO

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | **Count 1:** | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) (Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine) |
| PENALTIES: | | 5-40 years imprisonment<br>$2,000,000 fine<br>4 years supervised release<br>$100 special assessment<br>Class "B" felony |
| OFFENSE: | **Count 2:** | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) (Conspiracy to Possess with Intent to Distribute, and to Distribute, Cocaine) |
| PENALTIES: | | 0-20 years imprisonment<br>$1,000,000 fine<br>3 years supervised release<br>$100 special assessment<br>Class "C" felony |
| **TOTALS:** | | 5-60 years imprisonment<br>$3,000,000 fine<br>4 years supervised release<br>$200 special assessment |

**AGENT:** Ely Hebert/DEA        **AUSA:** Stephanie I. Sprecher

**PENALTY SUMMARY**
November 29, 2010
Page 2     RE:   JAIME CABRERA-GONZALEZ
                 aka "Pelon" and "Borego"

**ESTIMATED TIME OF TRIAL:**     **INTERPRETER NEEDED:**

__√__ five days or less        __√__ Yes
____ over five days            ____ No
____ other

**THE GOVERNMENT:**

__√__ will                     ____ The court should not grant bond
                                    because the defendant is not bondable
____ will not                       because there are detainers from other
                                    jurisdictions

**SEEK DETENTION IN THIS CASE.**